ANTONIO B. D'ALTOMONTE, Respondent, *v.* NEW YORK HERALD COMPANY, Appellant.

*d'Altomonte* v. *N. Y. Herald Co.*, 154 App. Div. 453, modified.
(Argued April 15, 1913; decided April 29, 1913.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1913, which affirmed an order of Special Term overruling a demurrer to the complaint

in an action for libel and for the use and publication of plaintiff's name without his written consent in violation of section 51 of the Civil Rights Law.

The following questions were certified: "1. Have two causes of action been improperly united in the complaint? 2. Do the facts alleged in the complaint in this action as a first cause of action state facts sufficient to constitute a cause of action? 3. Do the facts alleged in the complaint in this action as a second cause of action state facts sufficient to constitute a cause of action?"

*Robert W. Candler* for appellant.

*Michael Schaap* and *Charles H. Levitt* for respondent.

Orders of Appellate Division and Special Term modified so as to sustain demurrer to second cause of action, and as modified affirmed, without costs in this court to either party. First and third questions certified answered in the negative; second question in the affirmative; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.